**SEALED**

BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
IGNACIO PEREZ DE LA CRUZ
Trial Attorney, Department of Justice, Tax Division
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-217 KJM |
| Plaintiff, | *Dro* |
| v. | [~~PROPOSED~~] ORDER TO SEAL |
| TERESA MARIE MARTY, REBECCA BANDERA-MARTY, PAMELA ANN HARRIS, CHARLES J. TINGLER, and VICTORIA M. TINGLER, | (UNDER SEAL) |
| Defendants. | |

FILED
AUG 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

The Court hereby orders that the Superseding Indictment, the Petition of Assistant U.S. Attorney MATTHEW D. SEGAL to Seal Superseding Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: 8/15/13

_____
The Honorable ~~Kimberly J. Mueller~~ Dale A. Drozd
UNITED STATES MAGISTRATE JUDGE