FILED
August 20, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:13-CR-00274-TLN-1
            Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
KARAPET DAMARYAN , )
)
            Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KARAPET DAMARYAN</u>, Case No. <u>2:13-CR-00274-TLN-1</u>, Charge <u>Title 18 USC § 1344</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other) <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 20, 2013</u> at <u>3:10</u> pm.

By _____
       Dale A. Drozd
       United States Magistrate Judge