MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Karapet Damayan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KARAPET DAMAYAN,<br><br>    Defendant. | Case No.: 2:13-CR-274 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, David Fischer, attorney for Garik Voskanyan and Michael Chastaine, attorney for Karapet Damayan, that the status conference date of Thursday, October 17, 2013 should be continued until Thursday December 19, 2013, at 9:30 a.m.. The continuance is necessary as counsel for the defense is still awaiting the receipt of discovery. Counsel will need to review the discovery, meet with each of their respective clients and preform any necessary investigate information as well as researching various possible resolutions.

IT IS STIPULATED that the period of time from the October 17, 2013 up to and including December 19, 2013 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and

Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: October ____, 2013          By: ____/s/ Michael Chastaine
                                   MICHAEL CHASTAINE
                                   Attorney for Karapet Damayan

Dated: October ____, 2013          By: /s/ Michael Chastaine for David Fischer
                                   DAVID FISCHER
                                   Attorney for Garik Voskanyan

Dated: October____, 2013           BENJAMIN B. WAGNER
                                   United States Attorney

                                   By: /s/ Michael Chastaine for Matt Morris
                                   MATT MORRIS
                                   Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, October 17, 2013 at 9:30 a.m. be continued to Thursday, December 19, 2013 at 9:30 a.m. and that the period from October 17, 2013 to December 19, 2013 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: October 10, 2013

_____
Troy L. Nunley
United States District Judge