1  MICHAEL CHASTAINE, State Bar #121209
   THE CHASTAINE LAW OFFICE
2  2377 Gold Meadow Way, Suite 100
   Gold River, CA 95670
3  Telephone: 916-732-7150

4  Attorneys for Defendant
   Karapet Damayan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-274 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |
| v. | |
| KARAPET DAMAYAN, et al. | |
| Defendants. | |

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, David Fischer, attorney for Garik Voskanyan and Michael Chastaine, attorney for Karapet Damayan, that the status conference date of Thursday, December 19, 2013 should be continued until Thursday February 6, 2014.  The continuance is necessary as counsel for the defense has recently received new discovery and is in the process of reviewing the same and going over it with their respective clients.  Counsel will need to review the discovery, meet with each of their respective clients and preform any necessary investigate information as well as researching various possible resolutions.

IT IS STIPULATED that the period of time from the December 19, 2013 up to and including February 6, 2014 be excluded in computing the time within which the trial

must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial..

Dated: December 13, 2013      By: ____/s/ Michael Chastaine
                                   MICHAEL CHASTAINE
                                   Attorney for Karapet Damayan

Dated: December 13, 2013      By: /s/ Michael Chastaine for David Fischer
                                   DAVID FISCHER
                                   Attorney for Garik Voskanyan

Dated: December 13, 2013           BENJAMIN B. WAGNER
                                   United States Attorney

                              By: /s/ Michael Chastaine for Matt Morris___
                                   MATT MORRIS
                                   Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, December 19, 2013 at 9:00 a.m. be continued to Thursday, February 6, 2014 at 9:00 a.m. and that the period from December 19, 2013 to February 6, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: December 16, 2013

_____
Troy L. Nunley
United States District Judge