DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
GARIK VOSKANYAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>KARAPET DAMARYAN, and<br>GARIK VOSKANYAN,<br><br>　　　　Defendants. | No. 2:13-CR-00274 TLN<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS UNDER<br>SPEEDY TRIAL ACT; FINDINGS AND<br>ORDER |

**STIPULATION**

　　　　Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through their counsels of record, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status on June 4, 2015.

　　　　2.　　By this stipulation, the defendants now move to continue the status conference until July 23, 2015, at 9:30 a.m., and to exclude time between June 4, 2015, and July 23, 2015, under Local Code T4. Plaintiff does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a.　　The government has represented that the discovery associated with this case

includes approximately 98 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b. Counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

  c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2015, through July 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 2, 2015                    BENJAMIN WAGNER
                                       U.S. ATTORNEY

                              by:      /s/ David D. Fischer for
                                       MATTHEW MORRIS
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


Dated:  June 2, 2015                   /s/  David D. Fischer
                                       DAVID D. FISCHER
                                       Attorney for Defendant
                                       GARIK VOSKANYAN


Dated: June 2, 2015                    /s/ David D. Fischer for
                                       ALAN DONATO
                                       Attorney for Defendant
                                       KARAPET DAMARYAN


**O R D E R**

IT IS SO FOUND AND ORDERED this 2nd day of June, 2015.


                                       Troy L. Nunley
                                       United States District Judge

3