DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
GARIK VOSKANYAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>,<br><br>KARAPET DAMARYAN, and<br>GARIK VOSKANYAN,<br>　　　　Defendants. | No. 2:13-CR-00274 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through their counsels of record, hereby stipulate as follows:

1.　　By previous order, this matter was set for status on September 24, 2015.

2.　　By this stipulation, the defendants now move to continue the status conference until November 19, 2015, and to exclude time between September 24, 2015, and November 19, 2015, under Local Code T4. Plaintiff does not oppose this request.

3.　　The parties agree and stipulate, and request that the Court find the following:

1

a. The government has represented that the discovery associated with this case includes approximately 98 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial. The parties have conferred and the government is in the process of extending offers to the defendants that each will need to consider.

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of , September 24, 2015, through November 19, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 22, 2015        BENJAMIN WAGNER
U.S. ATTORNEY

by:  /s/ David D. Fischer for
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

Dated:   September 22, 2015        /s/  David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
GARIK VOSKANYAN

Dated:  September 22, 2015        /s/ David D. Fischer for
ALAN DONATO
Attorney for Defendant
KARAPET DAMARYAN

**O R D E R**

IT IS SO FOUND AND ORDERED this 22nd day of September, 2015.

Troy L. Nunley
United States District Judge

3