KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
GARIK VOSKANYAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 13-CR-00274-GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | ) ) | |
| KARAPET DAMARYAN, GARIK VOSKANYAN. | ) ) ) | Date:  May 13, 2016 Time:  9:00 am. Judge:  Honorable Garland E. Burrell, Jr. |
| Defendants. | ) ) ) ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with Alan Donato, attorney for defendant, Karapet Damaryan, and Kyle Knapp, attorney for defendant Garik Voskanyan, that the previously-scheduled status conference, currently set for April 8, 2016, be vacated and that the matter be set for status conference on May 13, 2016 at 9:00 a.m.

Counsel have conferred and this continuance is requested to allow recently retained counsel for Mr. Voskanyan to fully digest the discovery, review the plea offers with his client and comprehensively evaluate the case.  That should be done in the next month.

1

1    IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a

2  continuance outweigh the best interests of the public and the defendant in a speedy trial and that

3  time within which the trial of this case must be commenced under the Speedy Trial Act should

4  therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code

5  T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, April 6,

6  2016, up to and including May 13, 2016.

7  IT IS SO STIPULATED.

8  Dated: April 6, 2016                              BENJAMIN B. WAGNER
                                                      UNITED STATES ATTORNEY
9

10                                          by:       /s/ Matthew Morris
                                                      MATTHEW MORRIS
11                                                    Assistant U.S. Attorney
                                                      Attorney for Plaintiff
12

13  Dated:  April 6, 2016                            /s/ Alan Donato
                                                      ALAN DONATO
14                                                    Attorney for Defendant
                                                      KARAPET DAMARYAN
15

16  Dated: April 6, 2016                             /s/ Kyle R. Knapp
                                                      KYLE KNAPP
17                                                    Attorney for Defendant
                                                      GARIK VOSKANYAN
18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's April 8, 2016 criminal calendar and re-calendared for status conference on May 13, 2016.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on April 6, 2016, through and including May 13, 2016.

**IT IS SO ORDERED**.

Dated:  April 6, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

3