PHILLIP A. TALBERT
Acting United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 13-CR-00274-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUING CASE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| KARAPET DAMARYAN AND GARIK VOSKANYAN, | DATE: June 24, 2016 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status conference on May 13, 2016.

2. By this stipulation, defendants now move to continue the status conference until June 24, 2016, and to exclude time between May 13, 2016, and June 24, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 98 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Defendant Voskanyan retained new counsel on March 30, 2016. Defendant Voskanyan's recently retained counsel requests additional time to review discovery produced to date, continue to conduct an analysis of potential immigration consequences, comprehensively

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

evaluate the case, and discuss potential resolutions with his client.

  c) Counsel for defendant Damaryan requests additional time to evaluate the case, consult with medical professionals regarding his client's health, and discuss potential resolutions with his client.

  d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2016 to June 24, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//
//
//

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

IT IS SO STIPULATED.

Dated: May 11, 2016        PHILLIP A. TALBERT
                           Acting United States Attorney

                           /s/ Amy Schuller Hitchcock
                           Amy Schuller Hitchcock
                           Assistant United States Attorney


Dated: May 11, 2016        /s/ Alan Donato
                           Alan Donato
                           Counsel for Defendant
                           Karapet Damaryan


Dated: May 11, 2016        /s/ Kyle R. Knapp
                           Kyle R. Knapp
                           Counsel for Defendant
                           Garik Voskanyan


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: May 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge