KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
GARIK VOSKANYAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-CR-00274-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | |
| KARAPET DAMARYAN, GARIK VOSKANYAN. | Date:  August 19, 2016 Time:  9:00 am. Judge:  Honorable Garland E. Burrell, Jr. |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Amy Hitchcock, Assistant United States Attorney, attorney for plaintiff, together with Alan Donato, attorney for defendant, Karapet Damaryan, and Kyle Knapp, attorney for defendant Garik Voskanyan, that the previously-scheduled status conference, currently set for July 29, 2016, be vacated and that the matter be set for status conference on August 19, 2016 at 9:00 a.m.

On June 21, 2016, the United States produced additional discovery to defendants totaling 46 pages.  Counsel have conferred and this continuance is requested to allow counsel for the defendants to fully review and investigate the recently received discovery and fully

discuss the implications of these materials with their clients.   Further, additional time is necessary for counsel for the defendants to investigate immigration and medical consequences of potential resolutions in this case and otherwise effectively prepare a defense.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, July 27, 2016, up to and including August 19, 2016.

IT IS SO STIPULATED.

Dated: July 27, 2016

PHILLIP A. TALBERT
ACTING UNITED STATES
ATTORNEY

by:   /s/ AMY HITCHCOCK
AMY HITCHCOCK
Assistant U.S. Attorney
Attorney for Plaintiff

Dated:  July 27, 2016

/s/ Alan Donato
ALAN DONATO
Attorney for Defendant
KARAPET DAMARYAN

Dated: July 27, 2016

/s/ Kyle R. Knapp
KYLE KNAPP
Attorney for Defendant
GARIK VOSKANYAN

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's July 29, 2016 criminal calendar and re-calendared for status conference on August 19, 2016.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on July 27, 2016, through and including August 19, 2016.

**IT IS SO ORDERED**.

Dated:  July 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge