ALAN J. DONATO, SBN: 264755
Law Offices of Alan J. Donato
1383 Garden Highway, Suite 100
Sacramento, CA 95833
Phone: 916.803.6268
Fax: 916.303.1561

Attorney for Defendant
KARAPET DAMARYAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KARAPET DAMARYAN, <br> GARIK VOSKANYAN. <br><br> Defendants. | Case No.: 13-CR-00274-GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING <br><br> Date: April 12, 2017 <br> Time: 9:00 A.M. <br> Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Amy Hitchcock, Assistant United States Attorney, attorney for plaintiff, together with Alan Donato, attorney for defendant Karapet Damaryan, that the previously scheduled judgment and sentencing, currently set for April 21, 2017, be vacated and that the matter be set for judgment and sentencing on June 2, 2017 at 9:00 a.m.

On January 20, 2017, Mr. Damaryan entered a guilty plea to counts 1 and 2 of the indictment, filed on August 13, 2013. He participated in a Pre-Sentencing Report interview with Probation Officer Rebecca Fidelman. On March 2, 2017, Mr. Damaryan was admitted to the Emergency Department of Mission Community Hospital in Panorama City, California, related to low blood pressure and cardiac issues. He was not released until March 9, 2017. As of April 12, 2017, Mr. Damaryan remains in poor health. Counsel have conferred and this continuance is requested for Mr. Damaryan's continuing recovery and to allow Defense counsel time to confer with Mr. Damaryan and prepare for the sentencing hearing.

1

IT IS FURTHER STIPULATED that the Speedy Trial Act does not apply because defendant Damaryan has already entered a guilty plea to all charges.

IT IS SO STIPULATED.

Dated: April 12, 2017  PHILLIP A. TALBERT
ACTING UNITED STATES ATTORNEY

By: /s/ AMY HITCHCOCK
AMY HITCHCOCK
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: April 12, 2017  /s/ Alan J. Donato
ALAN J. DONATO,
Attorney for Defendant
KARAPET DAMARYAN

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's April 21, 2017 criminal calendar and re-calendared for judgment and sentencing on June 2, 2017.

Based on the representations of the parties, the court finds that the ends of justice are served by granting this continuance, and that the Speedy Trial Act does not apply.

**IT IS SO ORDERED.**
Dated: April 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge