ALAN J. DONATO, SBN: 264755
Law Offices of Alan J. Donato
1383 Garden Highway, Suite 100
Sacramento, CA 95833
Phone: 916.803.6268
Fax: 916.303.1561

Attorney for Defendant
KARAPET DAMARYAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13-CR-00274-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| vs. | |
| KARAPET DAMARYAN. | Date: June 2, 2017<br>Time: 9:00 A.M.<br>Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Amy Hitchcock, Assistant United States Attorney, attorney for plaintiff, together with Alan Donato, attorney for defendant Karapet Damaryan, that the previously scheduled judgment and sentencing for defendant Damaryan, currently set for June 2, 2017, be vacated and that the matter be set for judgment and sentencing on June 30, 2017 at 9:00 a.m.

On January 20, 2017, Mr. Damaryan entered a guilty plea to counts 1 and 2 of the indictment, filed on August 13, 2013. He participated in a Pre-Sentencing Report interview with Probation Officer Rebecca Fidelman. On March 2, 2017, Mr. Damaryan was admitted to the Emergency Department of Mission Community Hospital in Panorama City, California, related to low blood pressure and cardiac issues. He was not released until March 9, 2017, and Mr. Damaryan presently remains in poor health. Counsel have conferred and this continuance is requested for Mr. Damaryan's continuing recovery and to allow Defense counsel time to confer with Mr. Damaryan and prepare further for the sentencing hearing.

1

IT IS FURTHER STIPULATED that the Speedy Trial Act does not apply because defendant Damaryan has already entered a guilty plea to all charges.

IT IS SO STIPULATED.

Dated: May 22, 2017                    PHILLIP A. TALBERT
                                       UNITED STATES ATTORNEY

                              By:      /s/ AMY HITCHCOCK
                                       AMY HITCHCOCK
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

Dated: May 22, 2017                    /s/ Alan J. Donato
                                       ALAN J. DONATO,
                                       Attorney for Defendant
                                       KARAPET DAMARYAN

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance as to defendant Damaryan is GRANTED. The judgment and sentencing for defendant Damaryan shall be removed from this court's June 2, 2017 criminal calendar and re-calendared for June 30, 2017.

Based on the representations of the parties, the court finds that the ends of justice are served by granting this continuance, and that the Speedy Trial Act does not apply.

**IT IS SO ORDERED.**

Dated: May 23, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge