ALAN J. DONATO, SBN: 264755
Law Offices of Alan J. Donato
1383 Garden Highway, Suite 100
Sacramento, CA 95833
Phone: 916.803.6268
Fax: 916.303.1561

Attorney for Defendant
KARAPET DAMARYAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KARAPET DAMARYAN.<br><br>    Defendant. | Case No.: 13-CR-00274-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING<br><br>Date: June 30, 2017<br>Time: 9:00 A.M.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Amy Hitchcock, Assistant United States Attorney, attorney for plaintiff, together with Alan Donato, attorney for defendant Karapet Damaryan, that the previously scheduled judgment and sentencing for defendant Damaryan, currently set for June 30, 2017, be vacated and that the matter be set for judgment and sentencing on July 28, 2017 at 9:00 a.m.

On January 20, 2017, Mr. Damaryan entered a guilty plea to counts 1 and 2 of the indictment, filed on August 13, 2013. He participated in a Pre-Sentencing Report interview with Probation Officer Rebecca Fidelman. On March 2, 2017, Mr. Damaryan was admitted to the Emergency Department of Mission Community Hospital in Panorama City, California, related to low blood pressure and cardiac issues. He was not released until March 9, 2017, and Mr. Damaryan presently remains in poor health. Counsel have conferred and this continuance is requested for Mr. Damaryan's continuing recovery and to allow Defense counsel time to confer with Mr. Damaryan and prepare further for the sentencing hearing.

1

IT IS FURTHER STIPULATED that the Speedy Trial Act does not apply because defendant Damaryan has already entered a guilty plea to all charges.

IT IS SO STIPULATED.

Dated: June 13, 2017  PHILLIP A. TALBERT
UNITED STATES ATTORNEY

By: /s/ AMY HITCHCOCK
AMY HITCHCOCK
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: June 13, 2017  /s/ Alan J. Donato
ALAN J. DONATO,
Attorney for Defendant
KARAPET DAMARYAN

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance as to defendant Damaryan is GRANTED. The judgment and sentencing for defendant Damaryan shall be removed from this court's June 30, 2017 criminal calendar and re-calendared for July 28, 2017.

Based on the representations of the parties, the court finds that the ends of justice are served by granting this continuance, and that the Speedy Trial Act does not apply.

**IT IS SO ORDERED.**
Dated: June 13, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge