ALAN J. DONATO, SBN: 264755
Law Offices of Alan J. Donato
1383 Garden Highway, Suite 100
Sacramento, CA 95833
Phone: 916.803.6268
Fax: 916.303.1561

Attorney for Defendant
KARAPET DAMARYAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13-CR-00274-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| vs. | |
| KARAPET DAMARYAN. | Date: July 28, 2017<br>Time: 9:00 A.M.<br>Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Amy Hitchcock, Assistant United States Attorney, attorney for plaintiff, together with Alan Donato, attorney for defendant Karapet Damaryan, that the previously scheduled judgment and sentencing for defendant Damaryan, currently set for July 28, 2017, be vacated and that the matter be set for judgment and sentencing on August 4, 2017 at 9:00 a.m.

On January 20, 2017, Mr. Damaryan entered a guilty plea to counts 1 and 2 of the indictment, filed on August 13, 2013. He participated in a Pre-Sentencing Report interview with Probation Officer Rebecca Fidelman. On March 2, 2017, Mr. Damaryan was admitted to the Emergency Department of Mission Community Hospital in Panorama City, California, related to low blood pressure and cardiac issues. He was not released until March 9, 2017, and Mr. Damaryan presently remains in poor health.

On July 21, both parties filed timely sentencing memorandums in this matter. Mr. Damaryan, by and through his counsel, submitted 242 pages of medical records to the court and

1

to AUSA Amy Hitchcock, with a request that the records be filed under seal. On July 27, 2017, Hon. Judge Garland E. Burrell denied the defense's request to seal Mr. Damaryan's medical records. AUSA Amy Hitchcock and attorney Alan Donato have conferred and this continuance is requested to allow defense counsel time to confer with his client about how Mr. Damaryan wishes to proceed in light of the court's ruling, as well as to allow Mr. Donato time to redact and submit the medical records in compliance with Federal Rule of Criminal Procedure Rule 49.1, if that is how Mr. Damaryan chooses to proceed.

IT IS FURTHER STIPULATED that the Speedy Trial Act does not apply because defendant Damaryan has already entered a guilty plea to all charges.

IT IS SO STIPULATED.

Dated: July 27, 2017                    PHILLIP A. TALBERT
                                        UNITED STATES ATTORNEY


                                By:     /s/ AMY HITCHCOCK
                                        AMY HITCHCOCK
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

Dated: June 13, 2017                    /s/ Alan J. Donato
                                        ALAN J. DONATO,
                                        Attorney for Defendant
                                        KARAPET DAMARYAN

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance as to defendant Damaryan is GRANTED. The judgment and sentencing for defendant Damaryan shall be removed from this court's July 28, 2017 criminal calendar and re-calendared for August 4, 2017, at 9:00 a.m.

Based on the representations of the parties, the court finds that the ends of justice are served by granting this continuance, and that the Speedy Trial Act does not apply.

**IT IS SO ORDERED.**
Dated: July 28, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge