ALAN J. DONATO, SBN: 264755
Law Offices of Alan J. Donato
1383 Garden Highway, Suite 100
Sacramento, CA 95833
Phone: 916.803.6268
Fax: 916.303.1561

Attorney for Defendant
KARAPET DAMARYAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KARAPET DAMARYAN.<br><br>    Defendant. | Case No.: 13-CR-00274-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING<br><br>Date: August 4, 2017<br>Time: 9:00 A.M.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with Alan Donato, attorney for defendant Karapet Damaryan, that the previously scheduled judgment and sentencing for defendant Damaryan, currently set for August 4, 2017, be vacated and that the matter be set for judgment and sentencing on August 25, 2017 at 9:00 a.m.

On January 20, 2017, Mr. Damaryan entered a guilty plea to counts 1 and 2 of the indictment, filed on August 13, 2013. He participated in a Pre-Sentencing Report interview with Probation Officer Rebecca Fidelman. On March 2, 2017, Mr. Damaryan was admitted to the Emergency Department of Mission Community Hospital in Panorama City, California, related to low blood pressure and cardiac issues. He was not released until March 9, 2017, and Mr. Damaryan presently remains in poor health.

On July 21, both parties filed timely sentencing memorandums in this matter. Mr. Damaryan, by and through his counsel, submitted 242 pages of medical records to the court and

1

to the prosecution, with a request that the records be filed under seal. On July 27, 2017, Hon. Judge Garland E. Burrell denied the defense's request to seal Mr. Damaryan's medical records. Sentencing was continued to August 4, 2017 to allow defense counsel time to confer with his client about how Mr. Damaryan wishes to proceed in light of the court's ruling, as well as, to allow Mr. Donato time to redact and submit the medical records in compliance with Federal Rule of Criminal Procedure Rule 49.1, if that is how Mr. Damaryan chooses to proceed.

Counsel was subsequently informed that the Armenian interpreter is unavailable to appear on August 4 2017, but he is available to appear on August 25, 2017. This request to continue sentencing is to accommodate the interpreter's schedule and allow defense counsel additional time to confer with Mr. Damaryan.

IT IS FURTHER STIPULATED that the Speedy Trial Act does not apply because defendant Damaryan has already entered a guilty plea to all charges.

IT IS SO STIPULATED.

Dated: July 31, 2017						PHILLIP A. TALBERT
								UNITED STATES ATTORNEY


						By:	/s/ MATTHEW MORRIS
								MATTHEW MORRIS
								Assistant U.S. Attorney
								Attorney for Plaintiff

Dated: July 31, 2017						 /s/ Alan J. Donato
								ALAN J. DONATO,
								Attorney for Defendant
								KARAPET DAMARYAN

**ORDER**

Judgment and sentencing for defendant Damaryan is re-calendared for August 25, 2017, at 9:00 a.m.

Dated: August 1, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge