PHILLIP A. TALBERT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARAPET DAMARYAN,<br>GARIK VOSKANYAN,<br><br>Defendants. | CASE NO. 2:13-CR-00274-GEB<br><br>[PROPOSED] ORDER TO SET HEARING ON STATUS OF COUNSEL<br><br>DATE: August 25, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

It is hereby ordered that the Judgment and Sentencing for defendant Karapet Damaryan currently set for August 25, 2017 be continued, and that a hearing as to Damaryan's status of counsel be set for August 25, 2017 at 9:00 am before this Court.

Counsel for all parties, including counsel of record for co-defendants Damaryan and Voskanyan, and counsel requesting approval for substitution are ordered to appear. Defendants Damaryan and Voskanyan are also ordered to appear.

The Clerk of Court shall serve Lance Roseberg with a copy of this order at the address in document number 112, filed in this action on August 17, 2017.

Dated: August 23, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[PROPOSED] ORDER

1