PHILLIP A. TALBERT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00274-GEB |
|---|---|
| Plaintiff, | AMENDED ORDER CONFIRMING SENTENCING HEARING AND SETTING HEARING ON STATUS OF COUNSEL |
| v. | |
| KARAPET DAMARYAN, GARIK VOSKANYAN, | DATE: August 25, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

It is hereby ordered that sentencing and a hearing as to Damaryan's status of counsel be set for August 25, 2017 at 9:00 am before this Court.

Counsel for all parties, including counsel of record for co-defendants Damaryan and Voskanyan, and counsel requesting approval for substitution are ordered to appear. Defendants Damaryan and Voskanyan are also ordered to appear.

The Clerk of Court shall serve Lance Rosenberg with a copy of this order by email at the address in document number 112 filed in this action on August 17, 2017.

Dated: August 23, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge

[PROPOSED] ORDER

1