UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KARAPET DAMARYAN,<br><br>　　　　Defendant. | No. 2:13-cr-0274-GEB<br><br><br>**ORDER** |

Defendant Karapet Damaryan's motion to continue sentencing is denied and his motion to withdraw his guilty plea filed October 25, 2017 will be discussed before the sentencing hearing which is scheduled to commence at 9:00 a.m. on October 27, 2017.

Dated: October 26, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1